No. 835, Misc. RICHARDS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph Forer* and *David Rein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 847, Misc. STEWART *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 852, Misc. ABEL ET AL. *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioners *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 854, Misc. NESMITH *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied.

No. 865, Misc. SMITH *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 899, Misc. ASHLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 900, Misc. DOUGLAS *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. *W. Edward Morgan* for petitioner. *Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Stirley Newell,* Assistant Attorney General, for respondent.